# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIRACLE KENNEY, a minor, by** | : | CIVIL ACTION |
| **CHRISTINE KENNEY, Guardian and** | : | |
| **CHRISTINE KENNEY, Individually** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **SMITHKLINE BEECHAM CORPORATION** | : | |
| **d/b/a GLAXOSMITHKLINE** | : | NO. 11-6644 |

## ORDER

**AND NOW**, this 14th day of December, 2011, upon consideration of the Plaintiff's Motion to Remand (Document No. 4), the defendant's response, and after oral argument, it is **ORDERED** that the motion is **GRANTED**, and this matter is **REMANDED**, pursuant to 28 U.S.C. § 1447(c), to the state court from which it was removed.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE, J.